## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OLUNWAROTIMI ODUTOLA ) | |
| 4908 Georgia Avenue, NW ) | |
| Washington, DC 20011, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No. |
| ) | |
| BRANCH BANKING AND TRUST COMPANY ) | |
| 317 Pennsylvania Avenue, SE ) | |
| Washington, DC 20003, ) | |
| ) | |
|     Defendant. ) | |

## NOTICE OF REMOVAL

Defendant Branch Banking and Trust Company,[1] pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes this action filed by Plaintiff Olunwarotimi Odutola ("Plaintiff") in the Superior Court of the District of Columbia, Civil Division, to the United States District Court for the District of Columbia.  In support of this Notice, Defendant shows the following:

1.       On December 22, 2017, Plaintiff filed his original action in the Superior Court of the District of Columbia, Civil Division.  The action is styled as Civil Action No. 17-0007250.  Copies of all pleadings, process and other documents served upon or by Defendant in that action are attached hereto as Exhibit 1.  Defendant received the Complaint via United States Mail on Saturday, December 23, 2017 at one of its business locations.

2.       Defendant is incorporated in the State of North Carolina and has its principle place of business in the State of North Carolina.

3.       Plaintiff is a citizen of the District of Columbia.  *See* Compl. ¶ 2i.-iii.

---

[1] In the state court case caption, Defendant is erroneously identified as "BB&T, Branch Banking."  The proper corporate name is Branch Banking and Trust Company.

Page **1** of **3**

4. Plaintiff's Complaint makes allegations of negligence, hostile work environment, violation of public policy, retaliation and pain and suffering against Defendant. In his request for judgment on the Complaint cover page, Plaintiff demands judgement against Defendant in the sum of $4,300,000. *See* Compl. p. 1.

5. Defendant's Notice of Removal has been filed within thirty days of service of the Complaint and is therefore timely. *See* 28 U.S.C. § 1446.

6. Copies of this Notice of Removal, as well as a Notice of Filing of Notice of Removal, have been mailed to Plaintiff and are being filed with the Clerk of the Superior Court of the District of Columbia.

7. Removal is proper in this case because there is complete diversity between the Plaintiff and Defendant, and the amount in controversy, based on the judgment demanded by Plaintiff, exceeds $75,000.

8. This Court has original jurisdiction over Plaintiff's claims by virtue of diversity of citizenship and satisfaction of the amount in controversy requirement of 28 U.S.C. § 1332. Thus, this action is properly removable to federal court pursuant to 28 U.S.C. §§ 1332 and 1441(a).

WHEREFORE, Defendant removes this action to the United States District Court for the District of Columbia.

Respectfully submitted,

Dated: January 16, 2018

/s/ Maureen R. Knight
Maureen R. Knight, Esq. (USDC DC No. WI0027)
Constangy, Brooks, Smith & Prophete, LLP
12500 Fair Lakes Circle, Suite 300
Fairfax, Virginia 22033
Telephone: (571) 522-6100
Facsimile: (571) 522-6101
mknight@constangy.com

ATTORNEYS FOR DEFENDANT

4989041v.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of January, 2018, I will cause to have filed electronically the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all ECF users.

And, I hereby certify that a true and correct copy of the foregoing has been served, via electronic mail and first class U.S. Mail with sufficient postage affixed thereto, upon:

> Olunwarotimi Odutola
> 4908 Georgia Avenue, NW
> Washington, DC 20011
> timodutola@gmail.com

/s/ Maureen R. Knight

Maureen R. Knight (USDC DC No. WI0027)
Constangy, Brooks, Smith & Prophete, LLP
12500 Fair Lakes Circle, Suite 300
Fairfax, VA 22033
Telephone:  571-522-6100
Facsimile:   571-522-6101
mknight@constangy.com

ATTORNEY FOR DEFENDANT

4989041v.1